JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY NADEEN ZAMORA, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BMW OF NORTH AMERICA, LLC, a corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:20-cv-00838-KS<br><br>[~~PLAINTIFF'S PROPOSED~~] JUDGMENT |

　　　This action was tried by a jury in Courtroom 580 of the Roybal Federal Building and Courthouse, United States District for the Central District of California, the Honorable Karen L. Stevenson, Chief Magistrate Judge, presiding. Plaintiff Nancy Nadeen Zamora ("Plaintiff") appeared through counsel Stephanie Pengilley and John Myers of Bickel Sannipoli APC. Defendant BMW North America, LLC ("Defendant") appeared through counsel Daniel Villegas and Brandon Bell of Lehrman, Villegas, Chinery & Douglas, LLP. Trial commenced on January 10, 2023, and the jury returned a unanimous verdict on January 13, 2023. (See Dkt. 143, Redacted Jury Verdict). Accordingly, IT IS ADJUDGED as follows:

Pursuant to Plaintiff's claim for violation of the Song-Beverly Consumer Warranty Act, Cal. Civ. Code §§ 1790 et seq., the jury rendered a verdict finding in favor of Plaintiff and found that Plaintiff shall recover from Defendant the amount of $52,174.14 and $20,000 in penalty damages, for a cumulative award of $72,174.14.

NOW THEREFORE, IT IS ORDERED, ADJUDGED and DECREED that Plaintiff Nancy Nadeen Zamora is the prevailing party and shall have and recover from Defendant BMW North America, LLC judgment in the amount of $72,174.14, together with attorney's fees, costs, and expenses in an amount to be determined upon properly noticed motion and properly filed Application to Tax Costs, all with post-judgment interest a rate of 4.7% per annum, from the date of entry of this judgment until paid.

IT IS SO ORDERED.

DATED: February 2, 2023          BY: _____
                                      Hon. Karen L. Stevenson
                                      Chief Magistrate Judge